# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00024-CV

**Stephens Carpet Binding and Custom Rugs and
Mark A. Stephens, Appellants**

**v.**

**Joseph K. Percifull, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF COMAL COUNTY
### NO. 2016CVA0237, THE HONORABLE RANDAL C. GRAY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Stephens Carpet Binding and Custom Rugs and Mark A. Stephens have filed an agreed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed on Appellants' Motion

Filed: July 11, 2018